UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CASSANDRA ADKINS, | § |
| | §    CIVIL ACTION NO. 6:16-CV-00142-RP |
| v. | § |
| | §    JURY DEMANDED |
| DIRECT GENERAL | § |
| INSURANCE COMPANY | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Cassandra Adkins and Defendant Direct General Insurance Company, through their undersigned counsel of record, hereby jointly stipulate to the dismissal **with prejudice** of all claims that were asserted or could have been asserted by any party against any other party in this lawsuit, as Plaintiff and Defendant have reached a settlement of all claims.  Each party will bear its own costs and attorney fees.

Jointly submitted,

| **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.** | **THE CARLSON LAW FIRM, P.C.** |
|---|---|
| /s/ *Christopher W. Martin* | /s/ *Scott R. Crivelli* |
| **Christopher W. Martin** | **Scott R. Crivelli** |
| Texas Bar No. 1305762 | State Bar No. 24081713 |
| Federal I.D. 13515 | 400 West Jasper |
| 808 Travis Street, 20th Floor | Killeen, Texas 76542 |
| Houston, Texas 77002 | Email: scrivelli@carlsonattorneys.com |
| Email: martin@mdjwlaw.com | Telephone: (254) 526-5688 |
| Telephone: (713) 632-1700 | Facsimile: (254) 526-8204 |
| Facsimile: (713) 222-0101 | |
| **ATTORNEY-IN-CHARGE FOR DEFENDANT** | **ATTORNEY-IN-CHARGE FOR PLAINTIFF** |

| | |
|---|---|
| OF COUNSEL:<br><br>**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P**.<br>808 Travis Street, 20th Floor<br>Houston, Texas 77002<br>Telephone:   (713) 632-1700<br>Facsimile:    (713) 222-0101<br><br>**Barrie J. Beer**<br>State Bar No. 02040750<br>Federal I.D. 14677<br>beer@mdjwlaw.com<br>**Amber R. Dunten**<br>Texas Bar No. 24010004<br>Federal I.D. 31660<br>dunten@mdjwlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been forwarded by the method specified, on this 5th day of August, 2016 to the following counsel of record by the method specified:

| | |
|---|---|
| Mr. Scott Crivelli<br>THE CARLSON LAW FIRM, P.C.<br>400 West Jasper<br>Killeen, Texas   76542 | Via Facsimile: 254-526-8204 |

                                          /s/ *Amber R. Dunten*
                                                      Amber R. Dunten